IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JORGE SANCHEZ, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) | Civil Action No. |
| Plaintiffs, | ) ) | 1:12-cv-01439-WSD |
| - vs.- | ) ) | |
| T. NGUYEN INCORPORATED, D/B/A RU SAN'S AND THAI NGUYEN, | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF VOLUNTARY DISMISSAL OF THE COMPLAINT OF PLAINTIFF, JORGE SANCHEZ, WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JORGE SANCHEZ, by and through his undersigned counsel, voluntarily dismisses his Complaint, with prejudice, in the above-captioned matter.

Defendant, T. NGUYEN INCORPORATED, D/B/A RU SAN'S AND THAI NGUYEN, by and through their respective undersigned counsel, consents to this dismissal of the Complaint, with prejudice.

In addition, Defendant hereby withdraws all motions pending before this Court , including the Motion for Judgment on the Pleadings for Failure to State a Claim pursuant to Federal Rules of Civil Procedure 12(c), or in the alternative, to convert the Rule 12(c) motion into a Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure 56(c), to dismiss all counts in Plaintiff's

Complaint brought under the Fair Labor Standards Act ("FLSA").

| | |
|---|---|
| */s/ Shelly A. Leonard* | */s/  Douglas D. Nguyen* |
| Shelly A. Leonard | Douglas D. Nguyen |
| *Pro Hac Vice* | Georgia Bar No. 943190 |
| Blau Brown & Leonard, LLC | NGUYEN TRAN LAW FIRM, LLC |
| 224 West 30th Street, Suite 1205 | 3100 Five Forks Trickum, Suite 402 |
| New York, New York 10001 | Lilburn, GA  30047 |
| (212)725-7272 | (770) 837-3785 |
| (212)488-4848 facsimile | (678) 306-3429 facsimile |
| | |
| Amanda A. Farahany | Quynh-Nga T. Tran |
| Georgia Bar No. 646135 | Georgia Bar No. 286606 |
| Attorney for Plaintiff | NGUYEN TRAN LAW FIRM, LLC |
| BARRETT & FARAHANY, LLP | 3100 Five Forks Trickum |
| 1401 Peachtree Street, Suite 101 | Suite 402 |
| Atlanta, GA 30309 | Lilburn, GA  30047 |
| (404) 214-0120 | (770) 837-3785 |
| (404) 214-0125 facsimile | (678) 306-3429 facsimile |
| | |
| *Attorneys for the Plaintiffs* | *Attorneys for the Defendants* |

Dated: January 16, 2013

SO ORDERED: _____
                    U.S. D.J.